Moore&VanAllen

Moore & Van Allen PLLC
Attorneys at Law

100 North Tryon Street
Suite 4700
Charlotte, NC 28202-4003

T 704 331 1000
F 704 331 1159
www.mvalaw.com

September 16, 2024

VIA E-MAIL AND OVERNIGHT COURIER

Crosby Dredging, LLC
17771 Highway 3235
Galliano, LA 70354-3579
Attn: Farrel Trosclair, Chief Financial Officer

Crosby Marine Transportation, LLC
17771 Highway 3235
Galliano, LA 70354-3579
Attn: Farrel Trosclair, Chief Financial Officer

Crosby Enterprises, L.L.C.
17771 Highway 3235
Galliano, LA 70354-3579
Attn: Kurt Crosby

Re: **Notice of Events of Default, Notice of Acceleration, and Reservation of Rights**

Ladies and Gentlemen:

Reference is made to that certain Loan Agreement, dated as May 28, 2021 (as amended, modified, extended, restated, replaced or supplemented in writing from time to time, the "Loan Agreement"), by and among Crosby Dredging, LLC, a Louisiana limited liability company ("Crosby Dredging"), Crosby Marine Transportation, LLC, a Louisiana limited liability company ("Crosby Marine", and together with Crosby Dredging, the "Borrowers"), Crosby Enterprises, L.L.C., a Louisiana limited liability company (the "Guarantor"), and Regions Commercial Equipment Finance, LLC (the "Lender"). Capitalized terms used herein and not otherwise defined shall have the meanings ascribed to them in the Loan Agreement.

Certain Events of Default have occurred and are continuing under the Loan Agreement, including, without limitation: (i) Section 7.01(a) of the Loan Agreement as a result of the Borrowers' failure to timely pay the installments of principal and interest due on or about January 28, 2024, February 28, 2024, March 28, 2024, April 28, 2024, May 28, 2024, June 28, 2024, July 28, 2024, and August 28, 2024; and (ii) Section 7.01(c) of the Loan Agreement as a result of (A) Crosby Dredging's and the Guarantor's failure to timely deliver a certificate of compliance for the fiscal quarters ended June 30, 2023, September 30, 2023, December 31, 2023, March 31, 2024, and June 30, 2024 when and as required under Section 5.01(e) of the Loan Agreement; (B) the Borrowers' and the Guarantor's failure to permit Lender's agent to examine and inspect the Collateral and books and records of the Borrowers as required under Section 5.05 of the Loan Agreement; (C) the Guarantor's failure to timely deliver to the Lender a copy of the Guarantor's audited annual consolidated financial statements and a copy of the Borrowers' annual audited consolidated financial statements for the fiscal year ended December 31, 2022 and December 31, 2023, when and as required under Section 5.01(a)(ii) of the Loan Agreement; (D) Crosby Marine's failure to timely deliver financial statements when and as required under Section 5.01 of the Loan Agreement; and (E) the Borrowers' failure

**Exhibit D**

to complete work on the Vinton Crosby vessel on or before July 31, 2022 (collectively, the "Existing Events of Default").

As a result of the Existing Events of Default (i) the Lender has no obligation to make any Advances to the Borrowers under the Loan Agreement or the Loan Documents and (ii) the purchase card facility provided by the Lender to the Borrowers pursuant to that certain p-card agreement is hereby terminated pursuant to Section 20 thereof.

Pursuant to Section 7.02 of the Loan Agreement, the Lender hereby declares the entire unpaid principal amount of the Notes, all interest accrued and unpaid thereon, and all other amounts owing or payable under the Loan Agreement (including, but not limited to, any prepayment amount payable under Section 2.08 thereof), as well as all other Obligations, to be forthwith due and payable.

The Lender expressly reserves any and all of the rights, powers, privileges and remedies available to the Lender under the Loan Agreement, the other Loan Documents and Applicable Law that have arisen or may arise as a result of any default or Event of Default, including without limitation the Existing Events of Default. No failure to exercise or delay in exercising any right, power, privilege or remedy shall constitute a waiver of any such right, power, privilege or remedy or preclude the Lender from exercising such right, power, privilege or remedy in the future.

At no time shall any prior or subsequent course of conduct by the Lender, the Borrowers or the Guarantor directly or indirectly limit, impair or otherwise adversely affect any of the Lender's rights, interests or remedies in connection with the Loan Documents or obligate the Lender to agree to, negotiate or consider an agreement to waive any obligation, default or Event of Default by the Borrowers or the Guarantor under any Loan Document or to amend any term or condition of the Loan Documents.

If you would like to discuss this matter, please contact Mike Zingraf at Regions Bank at (317) 221-6112 or mike.zingraf@regions.com at your earliest convenience.

*[Remainder of page intentionally left blank.]*

13796514v2

Sincerely,

MOORE & VAN ALLEN PLLC,
counsel to the Lender

By: _____
Name:  Cole Richins
Title:  Member

cc:    Mike Zingraf, Regions Bank (via email)

13796514v2

**UPS CampusShip: View/Print Label**

1. **Ensure there are no other shipping or tracking labels attached to your package.** Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. **Fold the printed label at the solid line below.** Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. GETTING YOUR SHIPMENT TO UPS
   **Customers with a Daily Pickup**
   Your driver will pickup your shipment(s) as usual.

   **Customers without a Daily Pickup**
   Schedule a same day or future day Pickup to have a UPS driver pickup all your CampusShip packages. Hand the package to any UPS driver in your area.
   Take your package to any location of The UPS Store®, UPS Drop Box, UPS Customer Center, Staples® or Authorized Shipping Outlet near you. Items sent via UPS Return Services(SM) (including via Ground) are also accepted at Drop Boxes. To find the location nearest you, please visit the Resources area of CampusShip and select UPS Locations.
   FOLD HERE



**UPS CampusShip: View/Print Label**

1. **Ensure there are no other shipping or tracking labels attached to your package.**   Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. **Fold the printed label at the solid line below.**   Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. GETTING YOUR SHIPMENT TO UPS
   Customers with a Daily Pickup
   Your driver will pickup your shipment(s) as usual.

   Customers without a Daily Pickup
   Schedule a same day or future day Pickup to have a UPS driver pickup all your CampusShip packages.
   Hand the package to any UPS driver in your area.
   Take your package to any location of The UPS Store®, UPS Drop Box, UPS Customer Center, Staples® or Authorized Shipping Outlet near you. Items sent via UPS Return Services(SM) (including via Ground) are also accepted at Drop Boxes. To find the location nearest you, please visit the Resources area of CampusShip and select UPS Locations.
   FOLD HERE



**UPS CampusShip: View/Print Label**

1. **Ensure there are no other shipping or tracking labels attached to your package.**   Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. **Fold the printed label at the solid line below.**   Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. GETTING YOUR SHIPMENT TO UPS
   Customers with a Daily Pickup
   Your driver will pickup your shipment(s) as usual.

   Customers without a Daily Pickup
   Schedule a same day or future day Pickup to have a UPS driver pickup all your CampusShip packages.
   Hand the package to any UPS driver in your area.
   Take your package to any location of The UPS Store®, UPS Drop Box, UPS Customer Center, Staples® or Authorized Shipping Outlet near you. Items sent via UPS Return Services(SM) (including via Ground) are also accepted at Drop Boxes. To find the location nearest you, please visit the Resources area of CampusShip and select UPS Locations.
   FOLD HERE

